No. 01–6507.  DIAZ v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 01–6511.  COFFEY v. TENNESSEE ET AL.  C. A. 6th Cir. Certiorari denied.

No. 01–6512.  DIXON v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 01–6514.  ARCHILA v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 01–6518.  MARTINEZ v. BORG, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–6521.  OPONG-MENSAH v. CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE ET AL.  Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 01–6522.  LEE, AKA CAMPBELL v. ABRAHAMSON, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–6527.  MORRIS v. OHIO.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 01–6532.  MCALILEY v. FLORIDA BAR.  Sup. Ct. Fla.  Certiorari denied.

No. 01–6534.  REDMOND v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–6546.  IN RE PRASAD.  Sup. Ct. Cal.  Certiorari denied.

No. 01–6551.  PARKER v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 01–6552.  DAVIS v. VALLEY CARE MEMORIAL HOSPITAL ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 01–6555.  BRADLEY v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 01–6558.  DAWSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.